UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GERMANI MARIE MADDEN (CANNADY),<br><br>                Plaintiff,<br><br>   v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>                Defendants. | Case No. 2:23-cv-00309-RFB-NJK<br><br>**ORDER** |

      Before the Court for consideration is the Report and Recommendation (ECF No. 6) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered on April 25, 2023. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by May 9, 2023. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 6) is **ACCEPTED** and **ADOPTED in full.**

**IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED** without prejudice. The Clerk of Court is instructed to close this matter accordingly.

**DATED:** April 22, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**